1  MICHAEL A. LADRA, State Bar No. 064307
   mladra@wsgr.com
2  MONICA MUCCHETTI ENO, State Bar No. 164107
   meno@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Plaintiff
7  VERIENT, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 VERIENT, INC., a Delaware corporation,      ) CASE NO.: 3:10-CV-01946-BZ
                                               )
12                Plaintiff,                   )
                                               ) [PROPOSED] ORDER FOR
13        v.                                   ) STIPULATION EXTENDING THE
                                               ) TIME FOR DEFENDANTS TO
14 ORBIS PATENTS LTD., a foreign corporation,  ) ANSWER OR OTHERWISE
   ORBISCOM IRELAND LTD., a foreign            ) RESPOND TO PLAINTIFF'S
15 corporation, and ORBISCOM INC., a Delaware  ) COMPLAINT
   corporation,                                )
16                                             )
                  Defendants.                  )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties, entered on June 2, 2010, as docket entry 10, it is hereby ordered that that Defendants Orbis Patents Ltd., Orbiscom Ireland Ltd., and Orbiscom Inc. shall answer or otherwise respond to Plaintiff Verient, Inc.'s Complaint for Declaratory Judgment by September 1, 2010.

DATED: June 9, 2010

_____
THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

[PROPOSED] ORDER FOR STIPULATION
EXTENDING THE TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
3:10-CV-01946-BZ

-1-