1  BAKER BOTTS L.L.P.
   Bryant C. Boren Jr. (SBN 260602)
2  Michele A. Gustafson (SBN 235856)
   620 Hansen Way
3  Palo Alto, CA 94304
   Telephone: (650) 739-7500
4  Facsimile : (650) 739-7699
   Email: bryant.c.boren@bakerbotts.com
5  Email: michele.gustafson@bakerbotts.com

6  Attorneys for Defendants
   Orbis Patents, Ltd., Orbiscom Ireland Ltd.,
7  and Orbiscom Inc.

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| VERIENT, INC., | Case No. C-10-1946 BZ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| ORBIS PATENTS LTD., ORBISCOM IRELAND LTD., and ORBISCOM INC., | |
| Defendants. | |

Pursuant to the stipulation of the parties entered on July 14, 2010, it is hereby ordered that that Defendants Orbis Patents Ltd., Orbiscom Ireland Ltd., and Orbiscom Inc. shall answer or otherwise respond to Plaintiff Verient, Inc.'s Complaint for Declaratory Judgment by November 1, 2010.

DATED: July 15, 2010

_____
THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge