1  MICHAEL A. LADRA, State Bar No. 064307
   mladra@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Plaintiff
6  VERIENT, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 VERIENT, INC., a Delaware corporation,     )   CASE NO.: 3:10-CV-01946-BZ
                                              )
13              Plaintiff,                    )
                                              )   **STIPULATED REQUEST AND**
14       v.                                   )   **[PROPOSED] ORDER TO**
                                              )   **CONTINUE THE INITIAL CASE**
15 ORBIS PATENTS LTD., a foreign corporation, )   **MANAGEMENT CONFERENCE**
   ORBISCOM IRELAND LTD., a foreign           )   **AND EXTEND THE ADR AND 26(F)**
16 corporation, and ORBISCOM INC., a Delaware )   **REPORT DEADLINES**
   corporation,                               )
17                                            )
                Defendants.                   )
18                                            )

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rules 6-1(b), 6-2, and 16-2(e) Plaintiff Verient, Inc. ("Verient")
2  and Defendants Orbis Patents Ltd., Orbiscom Ireland Ltd., and Orbiscom Inc. ("Defendants"), by
3  and through their respective counsel of record, hereby submit this stipulated request to continue
4  the Initial Case Management Conference, and to extend the respective ADR and 26(f) Report
5  deadlines:
6   WHEREAS Verient filed its Complaint for Declaratory Judgment ("Complaint") on May
7  5, 2010;
8   WHEREAS pursuant to the Court's order of May 5, 2010, the Court set ADR deadlines
9  for August 30, 2010, 26(f) Report deadlines for September 13, 2010, and the Initial Case
10 Management Conference for September 20, 2010;
11   WHEREAS pursuant to the Court's order of July 15, 2010, and the stipulation of the
12 parties, the deadline for Defendants' answer or response was extended until November 1, 2010;
13   WHEREAS continuing the Initial Case Management Conference until after Defendants'
14 have had the opportunity to file their answer or response would avoid unnecessary litigation
15 expenses and conserve judicial resources;
16   WHEREAS there is an identical action pending in the Southern District of New York
17 ("the New York Lawsuit"), with a pending motion to dismiss;
18   WHEREAS allowing an opportunity for the New York Lawsuit to be resolved prior to
19 proceeding with this action would promote judicial efficiency;
20   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
21 through their respective counsel, and subject to court order that:
22   1.   The September 20, 2010 Initial Case Management Conference shall be removed
23 from the calendar and continued until January 28, 2011, or some later date as is convenient for
24 the court.
25   2.   Pursuant to the terms of the May 5, 2010 Court order, the ADR and 26(f) Report
26 deadlines will likewise be removed from the calendar and continued until January 7, 2011 and
27 January 21, 2011, respectively.
28

| | | |
|---|---|---|
| 1 | DATED:   August 27, 2010 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By:   *s/ Michael A. Ladra*<br>        Michael A. Ladra |
| 5 | | Attorneys for Plaintiff<br>VERIENT, INC. |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATED:   August 27, 2010 | BAKER BOTTS L.L.P. |
| 10 | | |
| 11 | | By:   *s/ Michele A. Gustafson*<br>        Michele A. Gustafson |
| 12 | | |
| 13 | | Attorneys for Defendants<br>ORBIS PATENTS LTD., ORBISCOM<br>IRELAND LTD., and ORBISCOM INC. |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. , that the CMC is continued to January 24, 2011 at 4:00 p.m.

DATED:  August 30, 2010

*[signature]*
The Honorable Bernard Zimmerman
United States Magistrate Judge

# ECF CERTIFICATION

I, Michael Ladra, am the ECF User whose identification and password are being used to file this **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND THE ADR AND 26(F) REPORT DEADLINES**.  In compliance with General Order 45.X.B, I hereby attest that Michele A. Gustafson has concurred in this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   August 27, 2010                     WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By:      s/ Michael A. Ladra
                                                      Michael A. Ladra