BAKER BOTTS L.L.P.
Bryant C. Boren Jr. (SBN 260602)
Michele A. Gustafson (SBN 235856)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile : (650) 739-7699
Email: bryant.c.boren@bakerbotts.com
Email: michele.gustafson@bakerbotts.com

Attorneys for Defendants
Orbis Patents, Ltd., Orbiscom Ireland Ltd.,
and Orbiscom Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VERIENT, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ORBIS PATENTS LTD., ORBISCOM IRELAND LTD., and ORBISCOM INC.,<br><br>  Defendants. | Case No. C-10-1946 BZ<br><br>**[PROPOSED] ORDER REGARDING STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

    Pursuant to the stipulation of the parties entered on October 29, 2010, it is hereby ordered that that Defendants Orbis Patents Ltd., Orbiscom Ireland Ltd., and Orbiscom Inc. shall answer, move against, or otherwise respond to Plaintiff Verient, Inc.'s Complaint for Declaratory Judgment by December 1, 2010.

DATED: November 1 _____, 2010   _____
THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge