1  MICHAEL A. LADRA, State Bar No. 064307
   mladra@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Plaintiff
6  VERIENT, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 VERIENT, INC., a Delaware corporation,    )  CASE NO.: 3:10-CV-01946-BZ
                                             )
12         Plaintiff,                        )
                                             )  [PROPOSED] ORDER REGARDING
13     v.                                    )  STIPULATION EXTENDING THE
                                             )  TIME FOR DEFENDANTS TO
14 ORBIS PATENTS LTD., a foreign corporation,)  ANSWER OR OTHERWISE
   ORBISCOM IRELAND LTD., a foreign          )  RESPOND TO PLAINTIFF'S
15 corporation, and ORBISCOM INC., a Delaware)  COMPLAINT
   corporation,                              )
16                                           )
           Defendants.                       )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION EXTENDING
THE TIME FOR DEFENDANTS TO RESPOND
3:10-CV-01946-BZ

Pursuant to the stipulation of the parties filed on December 1, 2010, it is hereby ordered that Defendants Orbis Patents Ltd., Orbiscom Ireland Ltd., and Orbiscom Inc. shall answer or otherwise respond to Plaintiff Verient, Inc.'s Complaint for Declaratory Judgment by December 8, 2010.

DATED: 5 Dec, 2010

By: _____
THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge